DANIEL G. BOGDEN
United States Attorney
ROBERT DON GIFFORD
Assistant United States Attorney
100 W. Liberty Street, Suite 600
Reno, Nevada 89501
(775)784-5438

Attorneys for the Plaintiff

FILED

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-N-03-0114-HDM-RAM |
| Plaintiff, | **INDICTMENT FOR VIOLATION**: |
| vs. | 18 U.S.C. § 922(g)(1) - Possession of a Firearm by a Prohibited Person (Count One) |
| ANDRE RAMON WASHINGTON, KEVIN LEWIS, aka Kenneth Craig & ANTHONY LAMONT NOBLES, aka Derrick DeWayne Nobles, | 18, U.S.C. § 924(d) & 28 U.S.C. § 2461(c) - Forfeiture (Count Two) |
| Defendants. | 18 U.S.C. § 2 Aiding & Abetting (Count One) |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 14, 2001, in the District of Nevada, ANDRE RAMON WASHINGTON, KEVIN LEWIS aka Kenneth Craig, and ANTHONY LAMONT NOBLES aka Derrick DeWayne Nobles, defendants herein, each having been previously convicted of a crime punishable for a term exceeding one year of imprisonment, jointly and individually did knowingly possess firearms, to wit: one Ruger, New Model Single Six, .22 caliber revolver, Serial Number 67-25829; one Lorcin, Model L25 .25 caliber semi-automatic handgun Serial Number 140070; and one Jennings .22 LR caliber semi-automatic handgun, Model J-22, Serial Number 308837, all of which had been shipped in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) & 2

//
//
//

## COUNT TWO

As a result of conviction of the foregoing offense contained in Count One, the defendants shall forfeit to the United States all firearms and ammunition involved in the commission of a violation of Title 18, United States Code, Section 922(g)(1) including, but not limited, to the following: one Ruger, New Model Single Six, .22 caliber revolver, Serial Number 67-25829; one Lorcin, Model L25 .25 caliber semi-automatic handgun Serial Number 140070; and one Jennings .22 LR caliber semi-automatic handgun, Model J-22, Serial Number 308837; all in violation of Title 18, United States Code, Sections 922(g)(1), 924 (d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*[signature]*
FOREPERSON

DANIEL G. BOGDEN
United States Attorney

*[signature]*
ROBERT DON GIFFORD
Assistant United States Attorney